UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GALE J. YOUNG,

    Plaintiff,

v.

OFFICER HERREA,

    Defendant.

Case No. 24-cv-03703 EJD (PR)

**ORDER OF TRANSER**

Plaintiff, a state prisoner, filed a pro se civil rights complaint against a correctional officer at Corcoran State Prison ("CSP"), where he was formerly housed, for unconstitutional acts. Dkt. No. 1 at 1-2. CSP is located in Kings County. Because the acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** June 24, 2024

EDWARD J. DAVILA
United States District Judge