# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG,<br><br>       Plaintiff,<br><br>   v.<br><br>HERREA, *et al.*,<br><br>       Defendants. | Case No. 1:24-cv-00873-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Gale J. Young ("Plaintiff") is a county jail inmate and former state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on June 20, 2024 in the United States District Court for the Northern District of California.  (ECF No. 1.)  The action was transferred to the Eastern District of California on June 24, 2024.  (ECF No. 3.)  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 1, 2024**          /s/ *Barbara A. McAuliffe*          
                                                       UNITED STATES MAGISTRATE JUDGE

1