1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 | GALE J. YOUNG, | Case No.  1:24-cv-00873-BAM (PC) |

12 | Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |

13 | v. | |

14 | HERREA, | (ECF No. 8) |

15 | Defendants. | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY MARTINEZ DETENTION FACILITY |

16

17    Plaintiff Gale J. Young ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil

18 rights action under 42 U.S.C. § 1983.

19    On September 12, 2024, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to

20 28 U.S.C. § 1915.  (ECF No. 8.)

21    Plaintiff has made the showing required by § 1915(a) and accordingly, the request to

22 proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of

23 $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments

24 in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's

25 trust account.  The Martinez Detention Facility is required to send to the Clerk of the Court

26 payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until

27 the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

28 ///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's application to proceed *in forma pauperis*, (ECF No. 8), is GRANTED;

3    2.  **The Warden/Sheriff of the Martinez Detention Facility or his or her designee shall**

4    **collect payments from Plaintiff's prison trust account in an amount equal to twenty**

5    **percent (20%) of the preceding month's income credited to the prisoner's trust**

6    **account and shall forward those payments to the Clerk of the Court each time the**

7    **amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2),**

8    **until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**

9    **The payments shall be clearly identified by the name and number assigned to this**

10   **action;**

11   3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in*

12   *forma pauperis* application on the Warden/Sheriff of the Martinez Detention Facility, via

13   the United States Postal Service; and

14   4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

15   Department, U.S. District Court, Eastern District of California.

16
17   IT IS SO ORDERED.

18   Dated:  **September 16, 2024**            /s/ *Barbara A. McAuliffe*

19                                             UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28