# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG,<br><br>            Plaintiff,<br><br>     v.<br><br>HERREA,<br><br>            Defendant. | No.  1:24-cv-00873-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>Doc. 16 |

Plaintiff Gale J. Young is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2025, the assigned magistrate judge screened plaintiff's second amended complaint and issued findings and recommendations that this action proceed on plaintiff's claim against defendant Herrea for excessive force in violation of the Eighth Amendment.  Doc. 16. The magistrate judge further recommended that all other claims and defendants be dismissed based on plaintiff's failure to state claims upon which relief may be granted.  *Id.*  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id.* at 8.  No objections have been filed, and the deadline to do so has expired.

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de
2  novo review of this case. Having carefully reviewed the file, the Court finds the findings and
3  recommendations to be supported by the record and by proper analysis.
4  Accordingly:
5  1. The findings and recommendations issued on April 10, 2025, Doc. 16, are adopted
6     in full;
7  2. This action shall proceed on the claim in plaintiff's second amended complaint,
8     filed April 7, 2025, Doc. 14, against defendant Herrea for excessive force in
9     violation of the Eighth Amendment;
10 3. All other claims and defendants are dismissed from this action for failure to state
11    claims upon which relief may be granted; and
12 4. This action is referred back to the assigned magistrate judge.

IT IS SO ORDERED.

Dated:  July 22, 2025

UNITED STATES DISTRICT JUDGE

2