# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE J. YOUNG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HERREA,<br><br>　　　　　　Defendant. | Case No.  1:24-cv-00873-KES-BAM (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF GALE JOSEPH YOUNG, #2415214, BY VIDEO CONFERENCE (VIA ZOOM)<br><br>(ECF No. 35)<br><br>ORDER GRANTING DEFENDANT'S FIRST REQUEST TO CONTINUE SETTLEMENT CONFERENCE<br><br>(ECF No. 36)<br><br>**Status Report Deadline:  July 15, 2026**<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON MARTINEZ DETENTION FACILITY |

A video settlement conference in this matter is currently scheduled on June 2, 2026, at 10:00 a.m. before Magistrate Judge Stanley A. Boone.  (ECF No. 34.)  On May 6, 2026, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Gale Joseph Young, inmate, #2415214 for the June 2, 2026 video settlement conference.  (ECF No. 35.)

On May 27, 2026, Defendant Herrea filed a request to continue the settlement conference. (ECF No. 36.)  Defendant indicates that defense counsel assigned to this case has been making

1

efforts to contact Plaintiff, but learned that Plaintiff is out to court in Contra Costa County and is presently housed in Contra Costa County Jail. (*Id.* at 1.) Additionally, assigned defense counsel has been out of the office since May 20, 2026, and remains out of the office through May 27, 2026, handling personal matters. (*Id.*) Assigned defense counsel therefore has been unable to meet with Plaintiff or confirm with Contra Costa County Jail as to whether Plaintiff can appear via video conference at the settlement conference scheduled for June 2, 2026. (*Id.* at 1-2.) Defense counsel also has not had the opportunity to ascertain Plaintiff's return to CDCR custody. (*Id.* at 2.) Defendant therefore requests that the Court vacate the settlement conference to allow assigned defense counsel to return to the office and ascertain Plaintiff's return to CDCR. Defendant requests to provide a status report to the Court by July 15, 2026, as to Plaintiff's location and ability to attend a settlement conference. Defendant also requests that the case continue to remain stayed. (*Id.*)

Although Plaintiff has not had an opportunity to file a response, the Court finds a response unnecessary. Furthermore, the Court finds good cause to continue the settlement conference. The Court will set a deadline for Defendant to file a settlement conference status report, and the stay of this action shall continue unless otherwise modified by the Court. The May 6, 2026 transportation writ for Plaintiff shall be vacated, and a transportation writ for any rescheduled settlement conference will be issued as necessary.

Accordingly, it is HEREBY ORDERED as follows:

1. The writ of habeas corpus ad testificandum directing production of Gale Joseph Young, inmate, #2415214, by video conference (via Zoom), issued on May 6, 2026, (ECF No. 35), is VACATED;

2. Defendant's first request to continue the settlement conference, (ECF No. 36), is GRANTED;

3. The video settlement conference currently set for June 2, 2026, is VACATED;

4. Defendant shall file a settlement conference status report on or before July 15, 2026, advising the Court as to Plaintiff's location and ability to attend a settlement conference;

5. The stay of this action is continued unless and until lifted by the Court; and

6. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Martinez Detention Facility.

IT IS SO ORDERED.

Dated: __**May 28, 2026**__         ___/s/ *Barbara A. McAuliffe*___
                                        UNITED STATES MAGISTRATE JUDGE