UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GALE J. YOUNG,
Plaintiff,

v.

HERREA,
Defendant.

1:24-cv-00873-KES-BAM (PC)

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **GALE JOSEPH YOUNG, # 2415214, BY VIDEO CONFERENCE (VIA ZOOM)**

DATE: October 26, 2026
TIME: 9:30 a.m.

**Gale J. Young**, inmate, **#2415214**, a necessary and material witness on his own behalf in a Settlement Conference in this case on October 26, 2026, is confined at Martinez Detention Facility, in the custody of the Warden/Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom)** before Magistrate Judge Stanley A. Boone on October 26, 2026, at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden/Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden/Sheriff of Martinez Detention Facility**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated**: September 29, 2026** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT · Eastern District of California ·