**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GALE J. YOUNG,

Plaintiff,

v.

HERREA,

Defendant.

Case No.: 1:24-cv-00873-KES-BAM (PC)

ORDER THAT INMATE GALE J. YOUNG IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED

Plaintiff Gale J. Young is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on October 26, 2026. Inmate Gale J. Young, inmate #2415214, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge